1 | Eric J. Troutman (SBN 229263)
  | *troutman.eric@dorsey.com*
2 | Scott D. Goldsmith (SBN 259499)
  | *goldsmith.scott@dorsey.com*
3 | **DORSEY & WHITNEY LLP**
  | 600 Anton Boulevard, Suite 2000
4 | Costa Mesa, CA  92626-7655
  | Telephone: (714) 800-1400
5 | Facsimile:   (714) 800-1499

6 | Attorneys for Defendant
  | Wells Fargo Bank, N.A.
7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 |

11 | Shalandra Cotton,                          ) Case No.:  3:17-cv-00161-EMC
                                                )
12 |                  Plaintiff,                ) Assigned to:
                                                ) Judge Edward M. Chen
13 |         vs.                                ) Courtroom 5 – 17th Floor
                                                )
14 |                                            )
                                                ) **[PROPOSED] ORDER GRANTING JOINT**
15 | Wells Fargo Bank, N.A.,                    ) **STIPULATION FOR ARBITRATION AND TO**
                                                ) **STAY PROCEEDINGS**
16 |                  Defendant.                )
                                                )
17 |                                            )
                                                )
18 |                                            ) Action Filed:   January 12, 2017
                                                ) Trial Date:     None Set
19 |                                            )
                                                )
20 |                                            )

1  Pursuant to the Joint Stipulation for Arbitration and To Stay Proceedings by Plaintiff Shalandra
2  Cotton and Defendant Wells Fargo Bank, N.A., and GOOD CAUSE APPEARING:

3  **IT IS HEREBY ORDERED** that:

4  1. The proceedings in the above-captioned matter are stayed pending arbitration of this matter;

5  2. The arbitration shall be conducted through the American Arbitration Association ("AAA");
6  and,

7  3. Plaintiff will initiate arbitration with the AAA according to the Rules set forth by the AAA.

9  **IT IS SO ORDERED.** The 4/13/17 CMC is reset for 9/14/17 at 9:30 a.m.  A joint
cmc statement shall be filed by 9/7/17.

12  Dated:   2/15/17



Hon. Edward M. Chen
IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2

CASE NO. 3:17-CV-00161-EMC
[PROPOSED] ORDER GRANTING ARBITRATION AND STAY