# UNITED STATES DISTRICT COURT IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shalandra Cotton, <br><br> Plaintiff, <br><br> vs. <br><br> Wells Fargo Bank, N.A., <br><br> Defendant. | Case No.: 3:17-cv-00161-EMC <br><br> **[P~~RO~~POSED] ORDER** |

Based on the Stipulation jointly filed by the Parties to the above-captioned case, it is hereby **ORDERED** that this case is dismissed with prejudice, with each party to bear its own attorney fees and costs.

**IT IS SO ORDERED**.

Dated:_____6/8_____, 2017



_____
Judge

PROPOSED ORDER